WA/WD PTS-Warrant
(01/19)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant for Defendant Under Pretrial Services Supervision

**Date of Report:** 12/23/2019
**Name of Defendant:** Marshall Reinsch        **Case Number:** 2:18-cr-00244-RAJ-1
**Name of Judicial Officer:** The Honorable Richard A. Jones, United States District Judge
**Original Offense:** Possession of Controlled Substances with Intent to Distribute
**Date Supervision Commenced:** 11/02/2019

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Travel is restricted to the Western District of Washington, or as directed by Pretrial Services.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.

- Undergo a mental health, psychiatric or psychological evaluation and follow all treatment recommendations in that evaluation, as directed by Pretrial Services. You shall take all medications as prescribed.

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

---

**PETITIONING THE COURT**

☒     To issue a warrant under seal

I allege the defendant has violated the following standard and special conditions of supervision:

- No Controlled Substances. I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

The Honorable Richard A. Jones, United States District Judge   Page 2
Petition for Warrant for Defendant Under Pretrial Services Supervision   12/23/2019

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. ~~Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as~~ directed by Pretrial Services.

### Nature of Noncompliance

1. The defendant violated the standard bond condition to not use, consume or possess any controlled substances, unless the substance is prescribed by a physician, by using methamphetamine on or about December 9, 2019.

2. The defendant violated the special bond condition to submit to drug and alcohol testing by not reporting for a urinalysis test as instructed on December 23, 2019.

I incorporate by reference the information contained in the attached memorandum.

### United States Probation Officer Recommendation:
☒ Issue a warrant

☒ Detention pending final adjudication due to:
☒ Risk of nonappearance
☒ Danger to community

I have notified the United States Attorney's Office of this violation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Connie Smith
Chief United States Probation and Pretrial Services Officer

Executed on this 23rd day of December, 2019.

BY:

_____
Mike Munsterman
United States Probation Officer

_____
Jerrod F. Akins
Supervising United States Probation Officer

---

### THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Richard A. Jones, United States District Judge

23 Dec. 2019
Date