PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Marshall Reinsch  **Case Number:** 2:18CR00244RAJ-001
**Name of Judicial Officer:** The Honorable Richard A. Jones, United States District Judge
**Date of Original Sentence:** 12/06/2019  **Date of Report:** 09/21/2023
**Original Offense:** Possession of Controlled Substance with Intent to Distribute
**Original Sentence:** 54 months' confinement; 5 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 01/09/2023
 **Date Supervision Expires:** 01/08/2028
**Assistant United States Attorney:** Andrew Freidman  **Defense Attorney:** Jeffrey L Kradel

**Special Conditions Imposed:**

☒ Substance Abuse  ☒ Financial Disclosure  ☐ Restitution:
☒ Mental Health  ☐ Fine  ☐ Community Service
☒ Other: Moral Reconation Therapy; submit to search

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

I allege Marshall Reinsch has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming methamphetamine on or about the following dates, in violation of a mandatory condition of supervised release.<br>• August 16, 2023<br>• August 22, 2023 |
| 2. | Consuming fentanyl on or about August 22, 2023, in violation of a mandatory condition of supervised release. |
| 3. | Consuming methamphetamine on or about September 15, 2023, in violation of a mandatory condition of supervised release. |
| 4. | Consuming alcohol on or about September 15, 2023, in violation of a mandatory condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
 ☒ revoked.
 ☐ extended for ___ years, for a total term of ___ years.

The Honorable Richard A. Jones, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  September 21, 2023

☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
   ☐ risk of flight.
   ☐ danger to community.

I swear under penalty of perjury that the  APPROVED:
foregoing is true and correct.  Monique D. Neal
 Chief United States Probation and Pretrial Services Officer

Executed on this 21st day of September, 2023.  BY:

*Natalia Malec*  *Analiese D. Johnson*

Natalia Malec  Analiese D. Johnson
United States Probation Officer Assistant  Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

*Richard A. Jones*
Signature of Judicial Officer

September 21, 2023
Date